**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

        -against-

RAYMOND FOX,

                            Defendant.

------------------------------------- x

ORDER

3 Crim. 1375-3 (GBD)

GEORGE B. DANIELS, District Judge:

The Clerk of Court is directed to close the open motion at ECF No. 112.

Dated: November 28, 2022
       New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE